AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>Eastern District of Pennsylvania |
|---|---|---|
| DOCKET NO.<br>13-5471 | DATE FILED<br>9/19/2013 | 601 Market Street - Room 2609<br>Philadelphia, PA 19106 |

| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. Olympic Blvd. - Ste. 501<br>Los Angeles, CA 90015 | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  - SEE ATTACHED - | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE<br>9/19/2013 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

**Copyrights-In-Suit for IP Address 98.111.139.195**

**ISP:** Verizon FiOS
**Location:** Warminster, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/16/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/19/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/15/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/15/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/02/2013 |
| Burning | PENDING | 07/27/2013 | 08/26/2013 | 08/01/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 08/07/2013 |
| Czech Beauties | PENDING | 07/19/2013 | 08/01/2013 | 07/30/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 07/08/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/16/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 02/06/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 02/07/2013 |
| Going Strong | PENDING | 07/06/2013 | 08/02/2013 | 07/08/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/07/2013 |
| Hot Chocolate | PENDING | 07/11/2013 | 08/02/2013 | 07/18/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 02/07/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/02/2013 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 08/01/2013 |
| Make Me Feel Beautiful | PENDING | 07/25/2013 | 08/01/2013 | 08/07/2013 |
| Malibu Moments Part #2 | PENDING | 08/15/2013 | 09/02/2013 | 08/21/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/30/2013 |

EXHIBIT B

EPA197

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 08/07/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/22/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 02/06/2013 |
| New Romance | PENDING | 08/05/2013 | 09/03/2013 | 08/07/2013 |
| Newlyweds | PENDING | 07/04/2013 | 07/26/2013 | 07/08/2013 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 03/28/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/18/2013 |
| Raw Passion | PENDING | 08/18/2013 | 09/02/2013 | 08/21/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/16/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/07/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/27/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/11/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/02/2013 | 03/16/2013 |
| Sneaking In | PENDING | 08/17/2013 | 09/08/2013 | 08/21/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 08/07/2013 |
| So Close Together | PENDING | 08/09/2013 | 09/08/2013 | 08/21/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/16/2013 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/22/2013 |
| Stay for a While | PENDING | 07/05/2013 | 08/02/2013 | 07/08/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 03/16/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 08/07/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/30/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/07/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/22/2013 |
| Triple Threat | PENDING | 08/13/2013 | 09/02/2013 | 08/20/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/02/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 02/07/2013 |
| Up Close and Personal | PENDING | 07/21/2013 | 08/01/2013 | 07/22/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 03/16/2013 |
| Without Words | PENDING | 07/17/2013 | 08/01/2013 | 07/30/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/22/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 03/16/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  54**

EXHIBIT B